IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et. al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-02642 |

## **VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff dismisses this action without prejudice.

DATED: February 14, 2022

Respectfully Submitted,

/s/ Jeffrey S. Gutman

Jeffrey S. Gutman, Esq. (D.C. Bar No. 416954)
jgutman@law.gwu.edu
Emily Caylor
ecaylor@law.gwu.edu
Hannah M. Shankman
hshankman@law.gwu.edu
Student Attorneys
The George Washington University Law School
Jacob Burns Community Legal Clinics
2000 G Street NW
Washington, DC 20052
Tel.: (202) 994-5797
Fax.: (202) 994-4693

Nikhel S. Sus
(D.C. Bar No. 1017937)

Citizens for Responsibility and Ethics in Washington
1331 F Street NW, Suite 900
Washington, DC 20004
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org

Attorneys for Plaintiff Citizens for Responsibility and Ethics in Washington